| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER <br> Gregory F. Hurley (126791) <br> Alana R. Chimes (254730) <br> Roger L. Scott (247165) <br> GREENBERG TRAURIG, LLP <br> 3161 Michelson Drive, Suite 1000 <br> Irvine, CA  92612 <br> Tel: 949.732.6500;  Fax: 949.732.6501 <br> ATTORNEYS FOR : The Irvine Company LLC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberta Rogers <br><br> Plaintiff(s), <br> v. <br><br> The Irvine Company et al. <br><br> Defendant(s) | CASE NUMBER: <br><br> 8:13-cv-0638-DOC (ANx) <br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  The Irvine Company LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

The Irvine Company LLC                                 Defendant

Roberta Rogers                                         Plaintiff


June 10, 2013                          /s/ Gregory F. Hurley
Date                                   Sign
                                       Gregory F. Hurley
                                       Attorneys for The Irvine Company


                                       Attorney of record for or party appearing in pro per

CV-30 (04/10)                    **NOTICE OF INTERESTED PARTIES**